UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06166-DSF-SSC Date: August 18, 2026

Title Mohamed Mousa v. LASD, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On May 6, 2026, *pro se* Plaintiff Mohamed Mousa filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against LASD, Sheriff Robert Luna, Deputy Vasques and Deputy Nguyn. (ECF 9.) On July 9, 2026, Plaintiff moved this Court to consolidate his cases (ECF 21), which the Court granted on July 22, 2026, adding Defendants the Lavin Brothers and Deputy Lavin # 38 to the matter. (ECF 23.) The Court previously ordered Plaintiff to file a Status report no later than August 3, 2026, explaining whether (1) he has received a response to his request for legal resources, and if so, the specifics of that response, and (2) he has been granted access to any legal resources, including time with any legal materials or research assistance from another person. (ECF 20.) The Court also ordered Plaintiff to submit a copy of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06166-DSF-SSC Date: August 18, 2026

Title Mohamed Mousa v. LASD, et al.

account statement he refers to in his request to proceed *In Forma Pauperis* no later than July 9, 2026. (ECF 14, 17.) The District Judge also ordered Plaintiff to file any amended complaint no later than August 10, 2026. (ECF 23.) The deadlines to file a status report, account statement and amended complaint has passed and the Court has not received any required document or pleading from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **August 31, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **August 31, 2026.**

If Plaintiff files a status report, account statement, and amended complaint by **August 31, 2026,** this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file timely will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**